**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: Lakeeda Lashawn Storey,
*aka* Lakeeda Storey, *aka* Lakeeda L Storey,
*aka* Lakeeda Lashawn Lovejoy,

Case No.: 25-58088-jwc

Chapter 13

_____Debtor._____

**NOTICE OF APPEARANCE**

**COMES NOW** Alexa Stinson, of the Padgett Law Group, and gives this Notice of

Appearance on behalf of New American Funding, LLC and requests that they be noticed on all

pleadings, documents and hearings; that they receive copies of all documents; and be added to

the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

Respectfully submitted,

/s/ Alexa Stinson
Alexa Stinson
Georgia Bar # 164731
PADGETT LAW GROUP
6267 Old Water Oak Rd., Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Alexa.Stinson@Padgettlawgroup.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I, hereby certify that on August 18, 2025, a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

**Service by U.S. First Class Mail**

**Lakeeda Lashawn Storey**
12234 Shelby Court
Hampton, GA 30228

**By Electronic Mail**

**E. L. Clark**
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

**Nancy J. Whaley**
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

/s/ Alexa Stinson
Alexa Stinson