**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: Lakeeda Lashawn Storey,,
*aka* Lakeeda Storey, *aka* Lakeeda L Storey,
*aka* Lakeeda Lashawn Lovejoy

Case No.: 25-58088-jwc

Chapter 13

_____Debtor(s)._____

**NOTICE OF APPEARANCE**

**COMES NOW** Alexa Stinson, of the Padgett Law Group, and gives this Notice of

Appearance on behalf of Figure Lending LLC and requests that they be noticed on all pleadings,

documents and hearings; that they receive copies of all documents; and be added to the matrix to

be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

Respectfully submitted,

/s/ Alexa Stinson
Alexa Stinson
Georgia Bar # 164731
PADGETT LAW GROUP
6267 Old Water Oak Rd., Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Alexa.Stinson@Padgettlawgroup.com
*Attorney for Creditor*

## CERTIFICATE OF SERVICE

I, hereby certify that on January 15, 2026, a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

Service by U.S. First Class Mail
Lakeeda Lashawn Storey
12234 Shelby Court
Hampton, GA 30228

By Electronic Mail
E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

/s/ Alexa Stinson
Alexa Stinson