**Fill in this information to identify the case:**

Debtor 1    Lakeeda Lashawn Storey aka Lakeeda Storey aka Lakeeda L Storey aka Lakeeda Lashawn Lovejoy

Debtor 2

United States Bankruptcy Court for the: Northern District of Georgia

Case number :    25-58088-jwc

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| **Name of creditor:** | **Figure Lending LLC** | **Court claim no.** (if known): | **8** |
|---|---|---|---|

**Last 4 digits** of any number you use to identify the debtor's account:    **9965**

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice.

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | Amount |
|---|---|---|
| Late Charges | | $0.00 |
| Non-sufficient funds (NSF) fees | | $0.00 |
| Attorney Fees | | $0.00 |
| Filing fees and court costs | | $0.00 |
| Bankruptcy/Proof of claim fees | 01/30/2026 | $612.50 |
| Appraisal/Broker`s price opinion fees | | $0.00 |
| Property Inspection Fees | | $0.00 |
| Tax Advances (Non-Escrow) | | $0.00 |
| Insurance Advances (Non-Escrow) | | $0.00 |
| Property preservation expenses. Specify: | | $0.00 |
| Other. Specify: Plan Review Fees | | $0.00 |
| Other. Specify: 410A Fee | | $0.00 |
| Other. Specify: Objection to Confirmation | | $0.00 |
| Other. Specify: | | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  <u>Lakeeda Lashawn Storey aka Lakeeda Storey aka</u>
<u>Lakeeda L Storey aka Lakeeda Lashawn Lovejoy</u>          Case Number: <u>25-58088-jwc</u>

      First Name           Middle Name         Last Name

**Part 2:**   Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

<u>/s/Alexa Stinson</u>                                                          Date <u>3/10/2026</u>
Signature

Print:        <u>Alexa Stinson</u>                                    Title <u>Authorized Agent for Creditor</u>

Company        <u>Padgett Law Group</u>

Address        <u>6267 Old Water Oak Road, Suite 203</u>

               <u>Tallahassee FL, 32312</u>

Contact phone        <u>(850) 422-2520</u>        Email        PLGinquiries@padgettlawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

In Re;

**Lakeeda Lashawn Storey**                                        Case No.: 25-58088-jwc
**aka Lakeeda Storey**
**aka Lakeeda L Storey**
**aka Lakeeda Lashawn Lovejoy**

**Debtor(s)**                                                            **Chapter: 13**

**CERTIFICATE OF SERVICE**

I, hereby certify that on 3/10/2026, a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

**Service by U.S. First Class Mail**

**Debtor**
Lakeeda Lashawn Storey
12234 Shelby Court
Hampton, GA 30228
aka Lakeeda Storey
aka Lakeeda L Storey
aka Lakeeda Lashawn Lovejoy

**By Electronic Mail**
**Attorney for Debtor**
E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

**Trustee**
Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

/s/ Alexa Stinson